**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 22-89-DLB-CJS**

**STANLEY MARTIN**                                                                                         **PLAINTIFF**

**v.**                                    **ORDER OF DISMISSAL**

**ZEGARY ALLEN, MD, et al.**                                                              **DEFENDANTS**

*****************

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and having reviewed Plaintiff Stanley Martin's Motion to Dismiss (Doc. # 32), and the Defendants having no objection (Doc. # 34), **IT IS ORDERED as follows**:

    (1)    Plaintiff's Motion to Dismiss (Doc. # 32) is **GRANTED**;

    (2)    Plaintiff's Complaint (Doc. # 1-1) is hereby **DISMISSED without prejudice**; and

    (3)    This matter is **STRICKEN** from the Court's active docket.

This 21st day of July, 2023.



Signed By:
*David L. Bunning*   DB
United States District Judge

K:\DATA\ORDERS\Cov2022\22-89 Order Granting MTD.docx